FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Nov 27, 2018
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JENNIFER MOORE PLAINTIFF

V. CASE NO.: 18-5237

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON DEFENDANT

**COMPLAINT AT LAW**

Comes now the Plaintiff, Jennifer Moore, and for her cause of action against the Defendant, Liberty Life Assurance Company of Boston, states and alleges as follows:

1. That the Plaintiff, Jennifer Moore, was at all times relevant to the facts herein, a citizen and resident of Springdale, Washington County, Arkansas.

2. That the Defendant, Liberty Life Assurance Company of Boston, is an insurance company licensed to do, and is actually doing, business in the State of Arkansas and is an insurance company that provides long term disability (LTD) benefits on behalf of HD Supply, Inc. Group Disability Income Policy under an Employee Retirement Income Security Act (ERISA) covered plan.

3. That the Plaintiff, Jennifer Moore, is a beneficiary under the health Plan. Further, that said Plan, and the subject matter of this lawsuit, is governed by 29 U.S.C. Sec. 1001, et seq., the Employee Retirement Income Security Act of 1974 (ERISA). Pleading further, that the Plaintiff has exhausted all administrative remedies at this time, and therefore, this Court has jurisdiction over this claim pursuant to 29 U.S.C. sec.1132 (e), and venue is proper.

4. That the Plaintiff was employed by HD Supply, Inc. in Tontitown, Washington

County, Arkansas. That during her employment with HD Supply, Inc., she became disabled, on or about September 16, 2016, and filed for long term disability benefits under a Long Term Disability Plan provided to HD Supply, Inc. employees by the Defendant.

5. That the Defendant determined the Plaintiff was disabled under the terms and conditions of the Plan and the Plaintiff began losing time from work effective September 17, 2016, and was paid disability benefits from the Defendant through November 29, 2017, at which time the Plaintiff was notified and advised that her long term disability benefits would be terminated, and said benefits were terminated at that time. That the Plaintiff has received no further disability benefits since that time.

6. That the Plaintiff appealed this denial but was notified by letter dated May 2, 2018, that the Defendant had denied this claim for additional benefits at every level and advised the Plaintiff that her administrative remedies had been exhausted.

7. That the Plaintiff continues to be disabled due to a sickness or injury entitling her to long term disability benefits due to multiple medical conditions, including, but not limited to, Post Traumatic Stress Disorder, anxiety, depression, Costochondritis and asthma.

8. That the Plaintiff contends that she continues to be disabled under the long term disability plan that the Defendant provided and that she is entitled to receive ongoing long term disability benefits from the date the disability benefits were terminated through age sixty-five (65).

9. That the decision by the Defendant denying the Plaintiff's benefits was contrary to the evidence in the record and the law, and that the Plaintiff is entitled to be paid these disability benefits beginning November 30, 2017, through age sixty-five (65).

10. That the Plaintiff is entitled to a Judgment for a reasonable attorney's fee and other costs associated with the filing of this cause of action.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff, Jennifer Moore, requests that this Court conduct a de novo review of the administrative record, and prays for Judgment against the Defendant, Liberty Life Assurance Company of Boston, for all benefits due to the Plaintiff as set forth above, for her costs and attorney's fees incurred herein, and for all other and proper relief to which this Court may deem her entitled.

Respectfully Submitted,

JENNIFER MOORE, Plaintiff

BY: ______________________________

TIMOTHY J. MYERS, #93110
TAYLOR LAW PARTNERS, LLP
P.O. BOX 8310
FAYETTEVILLE, AR 72703
(479) 443-5222