IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JENNIFER MOORE PLAINTIFF

V. CASE NO.: 18-5237

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON DEFENDANT

**AFFIDAVIT OF SERVICE**

I, Timothy J. Myers, attorney for the Plaintiff, Jennifer Moore, state and allege as follows:

(1) That on the 26th day of December, 2018, I mailed a letter and a copy of the file-marked Complaint at Law, by Certified Mail, Return Receipt Requested, to the Defendant, Liberty Life Assurance Company of Boston. A copy of said letter is attached as Exhibit "A".

(2) That on or before the 2nd day of January, 2019, said Defendant received notice of said lawsuit, as evidenced by the Return Receipt attached hereto as Exhibit "B".

(3) That service has been perfected on the Defendant, Liberty Life Assurance Company of Boston.

FURTHER, AFFIANT SAYETH NOT.

TIMOTHY J. MYERS #93110
TAYLOR LAW PARTNERS, LLP
P. O. BOX 8310
FAYETTEVILLE, AR 72703
(479) 443-5222

SUBSCRIBED and SWORN to before me, a Notary Public, this 4th day of January, 2019.

NOTARY PUBLIC

My Commission Expires:

SHELLY DURRETT
NO. 12399870
NOTARY PUBLIC
EXPIRES 07-28-2024
WASHINGTON COUNTY - ARKANSAS

TaylorLaw
PARTNERS LLP

W. H. Taylor
Scott E. Smith
Terry D. Harper
Jason L. Watson

Timothy J. Myers
Stevan E. Vowell
John J. Mikesch*
R. Jeff Mitchell

Rick E. Woods**
Tyler H. Benson
Nick A. Mote

*Of Counsel*
Mahlon G. Gibson
April Rye Shy

*Also Licensed in Missouri
**Also Licensed in Missouri & Oklahoma

E-mail: tmyers@taylorlawpartners.com

December 26, 2018

**CERTIFIED LETTER**
**RETURN RECEIPT REQUESTED**
**RESTRICTED DELIVERY**
**ADDRESSEE ONLY**

Mr. Allen W. Kerr
Insurance Commissioner
1200 West Third Street
Little Rock, AR 72201-1904

RE: Jennifer Moore. Liberty Life Assurance Company of Boston
U.S.D.C., Western Dist. of AR, Fayetteville Div., Case No.: 5:18-cv-05237

Dear Mr. Kerr:

I represent the Plaintiff in regard to the above-referenced case. A Complaint has been filed in the United States District Court for the Western District of Arkansas, Fayetteville Division. Attached please find the original and two (2) file-marked copies each of the Complaint at Law and Summons filed herein against the Defendant insurance company. Please serve these documents on the appropriate insurance company. They are required to file an Answer within the time and in the manner required by law, or the relief sought in said Complaint may be granted.

I am enclosing my firm's check totaling $25.00 in payment of the fee for serving the Defendant with the Complaint and Summons.

Thank you in advance for your time and attention to tl

Sincerely yours,

TIMOTHY J. MYERS
TJM/sad

cc: Ms. Jennifer Moore

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

7016 1970 0000 8183 8056

Certified Mail Fee
$
Extra Services & Fees (*check box, add fee as appropr*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To Allen Kerr, Ins. Comm.
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

tabbies®
EXHIBIT
A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse

1. Mr. Allen W. Kerr
Insurance Commissioner
1200 West Third Street
Little Rock, AR 72201-1904

RETURN RECEIPT REQUESTED

9590 9402 3900 8060 7180 40

2. Article Number (Transfer from service label)

7016 1970 0000 8183 8056

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X N Snook ☐ Agent ☐ Addressee

B. Received by (Printed Name) N. SNOOK

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...estricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

USPS TRACKING#

9590 9402 3900 8060 7180 40

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

TIMOTHY J. MYERS
TAYLOR LAW PARTNERS, LLP
P.O. BOX 8310
FAYETTEVILLE, AR 72703

RECEIVED
JAN - 3 2019
BY:

J. Moore

EXHIBIT B