IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JENNIFER MOORE PLAINTIFF

V. CASE NO.: 18-5237

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON DEFENDANT

**AMENDED AFFIDAVIT OF SERVICE**

I, Timothy J. Myers, attorney for the Plaintiff, Jennifer Moore, state and allege as follows:

(1) That on the 7th day of January, 2019, I mailed a letter and a copy of the file-marked Complaint at Law, by Certified Mail, Return Receipt Requested, to the Defendant, Liberty Life Assurance Company of Boston, by serving their Registered Agent of Service, Corporation Service Company. A copy of said letter is attached as Exhibit "A".

(2) That on the 11th day of January, 2019, said Defendant received notice of said lawsuit, as evidenced by the Return Receipt attached hereto as Exhibit "B".

(3) That service has been perfected on the Defendant, Liberty Life Assurance Company of Boston.

FURTHER, AFFIANT SAYETH NOT.

TIMOTHY J. MYERS #93110
TAYLOR LAW PARTNERS, LLP
P. O. BOX 8310
FAYETTEVILLE, AR 72703
(479) 443-5222

SUBSCRIBED and SWORN to before me, a Notary Public, this 16th day of January, 2019.

NOTARY PUBLIC

My Commission Expires:

SHELLY DURRETT
NOTARY PUBLIC
WASHINGTON COUNTY - ARKANSAS
EXPIRES 07-28-2024

TaylorLaw
PARTNERS LLP

W. H. Taylor
Scott E. Smith
Terry D. Harper
Jason L. Watson

Timothy J. Myers
Stevan E. Vowell
John J. Mikesch*
R. Jeff Mitchell

Rick E. Woods**
Tyler H. Benson
Nick A. Mote

*Of Counsel*
Mahlon G. Gibson
April Rye Shy

*Also Licensed in Missouri
**Also Licensed in Missouri & Oklahoma

E-mail: tmyers@taylorlawpartners.com

January 7, 2019

**CERTIFIED LETTER**
**RETURN RECEIPT REQUESTED**
**RESTRICTED DELIVERY**
**ADDRESSEE ONLY**

Corporation Service Company
300 Spring Street
300 S. Spring St., Suite 900
Little Rock, AR 72201

RE: Jennifer Moore. Liberty Life Assurance Company of Boston
U.S.D.C., Western Dist. of AR, Fayetteville Div., Case No.: 5:18-cv-05237

Dear Sir or Madam:

Please be advised I represent Jennifer Moore in regard to the above referenced matter. It is my understanding you are the registered agent for service of process for Liberty Life Assurance Company of Boston. Accordingly, attached please find the original Summons and a file marked copy of the Complaint filed herein against Liberty Life Assurance Company of Boston. You are required to file an Answer within the time and in the manner required by law or the relief sought in said Complaint may be granted.

Thank you in advance for your time and attention to this matter.

Sincerely yours,

TIMOTHY J. MYERS

TJM/sad

cc: Ms. Jennifer Moore

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
OFFICIAL USE

7016 1970 0000 8183 8063

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To Corporation Serv. Company
Street and Apt. No., or PO Box No.
City, State, ZIP+4®
PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

EXHIBIT
A

303 E Millsap Road | PO Box 83
479.443.5222 phone |

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.

1.

Corporation Service Company
300 Spring Street
300 S. Spring St., Suite 900
Little Rock, AR 72201

RETURN RECEIPT REQUESTED

9590 9402 3900 8060 7181 25

2. Article Number *(Transfer from service label)*

7016 1970 0000 8183 8063

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

MAIN OFFICE STATION
LITTLE ROCK AR 72202
JAN 11 2017

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
l Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

EXHIBIT

B