**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**JENNIFER MOORE,** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 5:18-cv-05237-TLB-ELW**

**LIBERTY LIFE ASSURANCE**
**COMPANY OF BOSTON,** **DEFENDANT**

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jennifer Moore and Defendant Liberty Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Respectfully submitted,

By: /s/ Timothy J. Myers
Timothy J. Myers, Esq. (Ark Bar No. 93110)
TAYLOR LAW PARTNERS, LLP
P.O. Box 8310
Fayetteville, Arkansas 72703
Telephone: (479) 443-5222
Fax: (479) 443-7842
Email: tmyers @taylorlawpartners.com

- AND -

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT