**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**JENNIFER MOORE** **PLAINTIFF**

**NO. CIVIL ACTION NO. 5:18CV5237**

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** **DEFENDANT**

**CLERK'S ORDER OF DISMISSAL**

On this 17TH day of APRIL, 2019, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK

BY: *Gayle Drummonds*
Deputy Clerk